IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARJORIE L. LEE,
    Plaintiff,

vs.	Case No. 3:08cv387/MCR/EMT

ABLE BODY LABOR,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a complaint asserting violations of Title VII of the Civil Rights Act of 1964 (Doc. 1). On September 9, 2008, this court entered an order giving Plaintiff thirty (30) days in which to pay the full filing fee or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status (Doc. 4). Plaintiff failed to respond to the order; therefore, on October 14, 2008, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 5). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this 5th day of November 2008.

                                     /s/ *Elizabeth M. Timothy*
                                     **ELIZABETH M. TIMOTHY**
                                     **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

  Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).