**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MARJORIE L. LEE,
    Plaintiff,

vs.                                            Case No. 3:08cv387/MCR/EMT

ABLE BODY LABOR,
    Defendant.
_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 5, 2008 (Doc. 6). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 4th day of December, 2008.

                                                   *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**